RECEIVED
IN LAKE CHARLES, LA

SEP 20 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FELIX BARTUTIS PEREZ** | : | **DOCKET NO. 04-CV-2090**<br>**SECTION P** |
| VS. | : | **JUDGE TRIMBLE** |
| **GREG TETE** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT OF DISMISSAL

Having given notice of this court's intention to dismiss this action with prejudice under 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief can be granted, and having received no response to this court's notice allowing plaintiff time to show cause for his failure to comply with the court's prior order, this court finds that plaintiff's action is subject to dismissal under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted. Accordingly, it is

**ORDERED** that this action be and it is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

**THUS DONE AND SIGNED**, in Chambers, at Lake Charles, Louisiana, this 20th day of September, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE